**TO:  DOCKET CLERK**

**  X  MAGISTRATE CASE NUMBER    18mj84**

**FOR**

**NAME:   ROBERTO DIP and JASON HANDAL**

**Initials:     CMS      **

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you